UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,

                    Plaintiff,

      -against-

WESTWAY TAXI MANAGEMENT, LLC et al.,

                    Defendants.
------------------------------------------------------------X

ORDER

19 Civ. 11494 (GBD)

GEORGE B. DANIELS, United States District Judge:

The May 19, 2020 conference is adjourned to July 14, 2020 at 9:45 a.m.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

*signature*
GEORGE B. DANIELS
United States District Judge