```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 0 8 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NAMEL NORRIS,

         Plaintiff,

   -against-

WESTWAY TAXI MANAGEMENT, LLC et al.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 11494 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The June 23, 2020 conference is adjourned to September 22, 2020 at 9:30 a.m.

Dated: New York, New York
    June 8, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge