UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NAMEL NORRIS,

                          Plaintiff,

    -against-

WESTWAY TAXI MANAGEMENT, LLC et al.,

                        Defendants.

------------------------------------x

ORDER

19 Civ. 11494 (GBD)

GEORGE B. DANIELS, United States District Judge:

The July 14, 2020 conference is adjourned to November 17, 2020 at 9:45 a.m.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge