**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

NAMEL NORRIS,

                    Plaintiff,

    -against-

WESTWAY TAXI MANAGEMENT, LLC et al.,

                  Defendants.

------------------------------------ x

ORDER

19 Civ. 11494 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on November 17, 2020 at 9:30 a.m. is hereby adjourned to February 16, 2021 at 9:30 a.m.

Dated: November 12, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE