UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

NAMEL NORRIS,

                     Plaintiff,

-against-

WESTWAY TAXI MANAGEMENT, LLC, *a New York limited liability company a/k/a* WESTWAY TAXI BROKERAGE INC. *d/b/a* WESTWAY MEDALLION SALES, and 657-10 LLC,

                     Defendants.
------------------------------------x



ORDER

19 Civ. 11494 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

The February 16, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Wang for General Pretrial and Dispositive Motions.

Dated: February 10, 2021
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE