```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAMEL NORRIS,                                              :
                                                           :
                        Plaintiff,                         :      19-CV-11494 (GBD) (OTW)
                                                           :
           -against-                                       :      ORDER
                                                           :
WESTWAY TAXI MANAGEMENT, LLC et al.,                       :
                                                           :
                        Defendants.                        :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for an initial case management conference on March 10, 2021.

Joint status letter due **March 17, 2021** regarding dipositive motions and/or settlement,

including a referral to the Southern District of New York's mediation program. Plaintiff shall also

submit an updated Rule 26(f) report by **March 17, 2021**.

     **SO ORDERED.**

 

Dated: March 12, 2021                                _s/ Ona T. Wang_
       New York, New York                      **Ona T. Wang**
                                                 United States Magistrate Judge