**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

NAMEL NORRIS,

                 Plaintiff,

-against-

                                               ORDER

WESTWAY TAXI MANAGEMENT, LLC, *a New York limited liability company a/k/a* WESTWAY TAXI BROKERAGE INC. *d/b/a* WESTWAY MEDALLION SALES, and 657-10 LLC,

                                               19 Civ. 11494 (GBD) (OTW)

                 Defendants.

------------------------------------x

GEORGE B. DANIELS, District Judge:

The parties advised this Court that they have reached a settlement in principle which provides that upon payment of the settlement amount the action will be dismissed by Stipulation of Dismissal with Prejudice.

The Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: October 26, 2021
       New York, New York

                                                 SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge